Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Transgender Person: Multimedia L.G.B.T.Q.+ Speaker & Journalist Mrs. Eyekeefa My'Twana Carruthers Washington (AKA) Carruthers — Doc#968154#,

[You are the PLAINTIFF, print your full name on this line.]

v. Building of WCC-1/WCF — Westville Correctional Facility Custody Staff Offenders,

-FILED-
JUN - 5 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number 3:23-cv-407

[For a new case in this court, leave blank. The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Building of WCC-I/WCF — Westville Correctional Facility | 5501 South 1100 West Westville, In. 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Custody Staff | 5501 S 1100 W Westville, In. 46391 |
| 3 | Offenders | 5501 S 1100 W Westville, In. 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__
2. What is the name and address of your prison or jail? __WCC/WCF - Westville Correctional Facility - 5501 S.1100 W. Westville, In. 46391__
3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____
4. On what date did this event occur? __4/12/23 & 3/10/23__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Affidavit of Supplemental cause of "T.R.O" - Temporary Restraining Order. Imminent Danger of serious physical injury and harm has became a unconstitutional-conspiracy. Threats of real and proximate events opens a proper venue for a "T.R.O." this is a genuine emergency "Lewis vs Sullivan, 279 F.3d 526, 531 (7th Cir 2002)." Also the obvious entirely clear of a Inmate & Individual Gender Dysphoria Disorder/Transgender Person have suffered with experience of bad conditions and mistreatment leaving Mrs. Washington in fear of her life, safety & security. WCC-1/WCF has subjected Transgender Person sex-discrimination, retaliation and sex-stereotyping. Additionally suffer from psychological & public harm from defamation. A demand for Temporary Restraining order to vacate, be moved, and exit the premises entitled in this claim or case.
Under penalties for perjury all trues & correct are foregoing. filed under case # 3:23-CV-407.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ⦿ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⦿ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ⦿ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _Suffer grievance loss with loss of protected conduct and appeal._

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   TRO — Temporary Restraining Order
   Vacate WCF
   Moved from WCF

[Initial Each Statement]

_EmCw_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EmCw_ I will keep a copy of this complaint for my records.
_EmCw_ I will promptly notify the court of any change of address.
_EmCw_ I WILL NOT send more than one copy of any filing to the court.
_EmCw_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EmCw_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _5_/_25_/20_23_ at _6_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Signature: _Mrs. Washington_          Prisoner Number: _DOC# 968154_

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]