AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**ANTWAN M CARRUTHERS** )
*Transgender Person: Multimedia L.G.B.T.Q.+* )
*Speaker & Journalist Mrs. Eye Keyla My'Twana*
*Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
        Plaintiff )
    v. ) Civil Action No. 3:23-cv-407
**WESTVILLE CORRECTIONAL FACILITY,** )
*Building of WCC-1/WCF,* )

**CUSTODY STAFF,**

**OFFENDERS**
        Defendant )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff _____.

**X** other: ___This case is DISMISSED WITHOUT PREJUDICE___

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Jon E. DeGuilio.

DATE: __6/23/2023__          *Chanda J. Berta, Clerk of Court*

                                                by ___s/ N. Eddy___
                                                         *Signature of Clerk or Deputy Clerk*